JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDERS KARLSSON,<br><br>              Plaintiff,<br><br>     v.<br><br>MATTHEW ZUCKERMAN; ALKANE, Inc., a Florida Corporation; ALTERNAFUELS, INC., a Florida Corporation; LORA JAKOBSEN, Trustee to MATHEW MARK ZUCKERMAN FAMILY TRUST, domiciled in Colorado,<br><br>              Defendants. | Case No. CV14-07212 JAK(PLAx)<br><br>**FINAL JUDGMENT**<br><br>[*Fed.R.Civ.P.* 54(b)] |

## FINAL JUDGMENT

The Court having issued an order granting in part Plaintiff's Motions for Entry of Default Judgment in favor of Plaintiff Anders Karlsson and against Defendants Alkane, Inc. and AlternaFuels, Inc.,

The Court having conducted a one-day court trial on May 31, 2016, on each of Plaintiff's claims against Defendant Mathew Zuckerman, having considered the written closing arguments of the parties, and having issued a ruling in favor of Plaintiff Anders Karlsson and against Defendant Mathew Zuckerman,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. Judgment is entered in favor of Plaintiff Anders Karlsson, and against Defendant Alkane, Inc., in the amount stated below.

2. Judgment is entered in favor of Plaintiff Anders Karlsson, and against Defendant AlternaFuels, Inc., in the amount stated below.

3. Judgment is entered in favor of Plaintiff Anders Karlsson, and against Defendant Mathew Zuckerman, in the amount stated below.

4. Defendants Alkane, Inc., AlternaFuels, Inc., and Mathew Zuckerman are jointly and severally liable for the award of $624,599.91, plus pre-judgment interest of 10% accruing from the date the action was filed to the date of entry of judgment, amounting to a total of $747,295.29.

4. Plaintiff Anders Karlsson may seek an award of costs by filing a request pursuant to the process set forth in the Local Rules.

Dated: September 2, 2016

_____
John A. Kronstadt
United States District Judge